D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GERMAINE CHAVEZ,

                Plaintiff,

                                      ORDER OF DISMISSAL

v.

                                      99-CV-3783 (NGG) (VVP)

FRANK'S NURSERY AND CRAFTS,

                Defendant.
-----------------------------------------------------------X
NICHOLAS G. GARAUFIS, U.S. District Judge.

The death of Plaintiff Germaine Chavez ("Plaintiff") was suggested on the record by Magistrate Judge Viktor V. Pohorelsky on March 8, 2007. It is hereby Ordered that, no motion for substitution having been made by any successor or representative of Plaintiff within ninety days of the suggestion of death, this action is dismissed with prejudice, pursuant to Rule 25 of the Federal Rules of Civil Procedure. The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: January 22, 2008
         Brooklyn, N.Y.

                                         /signed/
                                      NICHOLAS G. GARAUFIS
                                      United States District Judge